JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVIDION

| | |
|---|---|
| Gigi's Inc., a Wyoming Corporation,<br><br>　　　　Plaintiff,<br>-vs-<br><br>Gina Butler, an individual,<br>　　　　Defendant. | Case No: 2:20-CV-3134-AB (PJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 7B<br>Judge: Honorable André Birotte Jr.<br><br>Complaint Filed: April 7, 2020 |

ORDER

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | **ORDER**                                                       |
| 2  |                                                                 |
| 3  | WHEREAS, Plaintiff Gigi's Inc. and Defendant Gina Butler filed a Joint |
| 4  | Stipulation pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure to |
| 5  | dismiss the above-captioned action with prejudice, with each side to bear their own |
| 6  | costs and attorneys' fees; and                                  |
| 7  | GOOD CAUSE APPEARING, the Court hereby dismisses the action with |
| 8  | prejudice, with each side to bear their own costs and attorneys' fees. |
| 10 | **IT IS SO ORDERED.**                                           |
| 13 | Dated: July 30, 2020                                            |
| 14 |                                     Hon. André Birotte Jr.<br>United States District Judge |